UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JACE R. YZAGUIRRE,                                          :
                                                            :     24 Civ. 1500 (JPO) (GS)
                              Plaintiff,                    :
                                                            :     **ORDER**
       - against -                                          :
                                                            :
KIPP NYC PUBLIC CHARTER SCHOOLS, d.b.a                      :
KIPP NYC, KIPP FOUNDATION, DAVE LEVIN,                      :
BENNY VASQUEZ, TESSA KRATZ, and CHRIS                       :
WEEKS,                                                      :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

   Plaintiff Jace R. Yzaguirre, proceeding *pro se*, filed two opposition briefs on November 1, 2024, both of which were docketed on November 7, 2024. (Dkt. Nos. 59 & 60). The briefs appear to have substantive differences. Plaintiff is entitled to file only one opposition brief, and both Defendants and the Court need to know which brief Plaintiff wishes to rely on; he may not rely on them both. Accordingly, Plaintiff is ORDERED to inform the Court and Defendants by letter as to which opposition brief is his operative brief by **November 15, 2024**.

   **SO ORDERED.**

DATED:   New York, New York
         November 12, 2024

_____
GARY STEIN
United States Magistrate Judge