UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACE R. YZAGUIRRE,

                            Plaintiff,

              - against -

KIPP NYC PUBLIC CHARTER SCHOOLS, d.b.a
KIPP NYC, KIPP FOUNDATION, DAVE LEVIN,
BENNY VASQUEZ, TESSA KRATZ, and CHRIS
WEEKS,

                          Defendants.
-----------------------------------------------------------------X

**24 Civ. 1500 (JPO) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's November 13, 2024 letter asking to file an amended opposition brief by November 27, 2024, and requesting leave to file twenty-five additional pages. (Dkt. No. 62). Both requests, which have not been opposed by Defendants, are granted. **Plaintiff may file an amended opposition brief of up to fifty pages by November 27, 2024.**

The Court reminds Plaintiff that he may seek assistance from the City Bar Justice Center, or CBJC. A flyer with contact information was attached to the Court's November 4 Order (Dkt. No. 58) and is reattached here.

      **SO ORDERED.**

DATED:    New York, New York
               November 20, 2024

                                              _____
                                              GARY STEIN
                                              United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.