**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACE R. YZAGUIRRE,

                Plaintiff,                24 **CIVIL** 1500 (JPO)(GS)

    -against-                                  <u>**JUDGMENT**</u>

DAVE LEVIN, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 13, 2025, the Court adopts the Report & Recommendation in its entirety, the objections are OVERRULED, and Defendants' motions to dismiss the SAC are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           March 13, 2025

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                   **BY:**
                                          **Deputy Clerk**